UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANCISCO ESPAILLAT,                                 :
                                                     :                24-CV-294 (RWL)
                                    Plaintiff,       :
                                                     :                **ORDER**
                  - against -                        :        **APPROVING SETTLEMENT**
                                                     :         **AND DISMISSING CASE**
PROCIDA CONSTRUCTION CORP., et al,                   :
                                                     :
                                    Defendants.      :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C.
§ 201 *et seq.* ("FLSA") and the New York Labor Law.  Before the Court is the parties' joint
letter request that the Court approve their settlement agreement, a fully executed copy of
which was submitted on August 22, 2024.  The parties consented to my jurisdiction on
September 18, 2024.

A federal court is obligated to determine whether settlement of an FLSA case
under the court's consideration is fair and reasonable and the subject of an arm's length
negotiation, not an employer's overreaching.  *See Cheeks v. Freeport Pancake House*,
796 F.3d 199 (2d Cir. 2015).  Here, the Court has carefully reviewed the Settlement
Agreement as well as the parties' letter.  The Court has taken into account, without
limitation, prior proceedings in this action; the attendant risks, burdens, and costs
associated with continuing the action; the range of possible recovery; whether the
Settlement Agreement is the product of arm's length bargaining between experienced
counsel or parties; the amount of attorney's fees; and the possibility of fraud or collusion.
Among other attributes of the Settlement Agreement, there are no confidentiality

restrictions; the release is narrowly tailored to wage and hour claims; and the attorneys'

fees are within a fair, reasonable, and acceptable range.   Considering all the

circumstances, the Court finds that the Settlement Agreement is fair and reasonable and

hereby approved.

This case, having resolved by settlement, is hereby dismissed and discontinued in

its entirety, with prejudice, without costs or fees to any party, except as provided for in the

parties' settlement agreement.   The Clerk of Court is respectfully requested to terminate

all motions and deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2024
        New York, New York

Copies transmitted to all counsel of record.